# UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: STEVE MARTEN KOWALZEK　　　　　　　　　　　　　　　　Case No.: 09-38817-GFK

　　　　　Debtor(s)

## CHAPTER 12 CASE TRUSTEE'S FINAL REPORT AND ACCOUNT

KYLE L CARLSON, chapter 12 trustee appointed under 11 U.S.C. Section 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1202(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 12/17/2009.
2) The plan was confirmed on 06/25/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1229 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 06/26/2013.
6) Number of months from filing or conversion to last payment: 42.
7) Number of months case was pending: 48.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: 31,222.69.
11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted or will be submitted to the United States Trustee.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $59,981.12 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$59,981.12** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,441.51 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,441.51** |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERINATIONAL COMMUNITY SERVICE | Secured | 9,500.00 | 3,046.68 | 3,046.68 | 3,046.68 | .00 |
| AMERINATIONAL COMMUNITY SERVICE | Secured | 1,500.00 | 1,542.24 | 1,542.24 | 1,542.24 | .00 |
| BANK CHARGES | Special | NA | 24.90 | 24.90 | 24.90 | .00 |
| FARMERS AND MERCHANST STATE BAI | Secured | 195,032.00 | 219,254.68 | 49,963.53 | 49,963.53 | .00 |
| FARMERS AND MERCHANST STATE BAI | Secured | NA | 14,107.74 | 2,151.36 | 2,151.36 | .00 |
| FARMERS AND MERCHANST STATE BAI | Unsecured | NA | 18,633.38 | 18,633.38 | 471.69 | .00 |
| FARMERS AND MERCHANST STATE BAI | Unsecured | NA | 11,107.74 | 11,107.74 | 281.18 | .00 |
| GE CONSUMER FINANCE | Unsecured | 1,814.00 | 1,783.23 | 1,783.23 | 45.14 | .00 |
| GRAND ITASCA CLINIC AND HOSPITAL | Unsecured | 509.24 | 509.24 | 509.24 | 12.89 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re: STEVE MARTEN KOWALZEK  Case No.: 09-38817-GFK

Debtor(s)

## CHAPTER 12 CASE TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HARLEY DAVIDSON CREDIT CORP | Secured | 5,890.00 | 5,690.00 | .00 | .00 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 56,703.81 | 56,703.81 | .00 |
| **TOTAL SECURED:** | 56,703.81 | 56,703.81 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 32,058.49 | 835.80 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,441.51 |
| Disbursements to Creditors: | $57,539.61 |
| **TOTAL DISBURSEMENTS:** | $59,981.12 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, closes the estate, and grants such other relief as may be just and proper.

Date: 12/05/2013      By: /s/KYLE L CARLSON
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.